

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:     01-12-01114-CV

Style:     Yigal Bosch

     **v** Braes Woods Condominium Association

Date motion filed[*]:     January 17, 2013

Type of motion:     Appellant's Motion to Accept his Amended Request for the Clerk's Record

Party filing motion:     Appellant

Document to be filed:

If motion to extend time:

       Deadline to file document:

       Number of previous extensions granted:

       Length of extension sought:

Ordered that motion is:

      ☐     Granted
           If document is to be filed, document due:

           ☐   The Clerk is instructed to file the document as of the date of this order
           ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☑     Denied

      ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

   **Please see Texas Rule of Appellate Procedure 34.5 for items that must be included in the clerk's**

   **Record and Rule 34.2 for deciding the case of an agreed clerk's record.**

Judge's signature: /s/ Jane Bland
          ☑ Acting individually    ☐ Acting for the Court

          Panel consists of _____.

Date: January 23, 2013

November 7, 2008 Revision